Closed

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

MELINDA BUCHANAN,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

Case No. 08-MC-50470

Honorable Arthur J. Tarnow

Honorable Mona K. Majzoub

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION [5]; AND DENYING PLAINTIFF'S MOTION FOR REMOVAL OF CRIMINAL ARREST RECORD [1]

Before the Court is Magistrate Judge Majzoub's report and recommendation that defendant plaintiff Buchanan's motion for removal of criminal arrest record be denied. No objections were filed.

The court ADOPTS the report and recommendation, as plaintiff has failed to show any extraordinary circumstances justifying expungement. That lack of extraordinary circumstances makes unnecessary any discussion of whether the court has jurisdiction. Plaintiff's motion for removal of criminal arrest record is DENIED.

The clerk is directed to close this case.

SO ORDERED.

Dated: 9/17/08

Arthur J. Tarnow
United States District Judge